1  Thomas F. Bertrand, State Bar No. 056560
   Michael C. Wenzel, State Bar No. 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
4  San Francisco, California 94109
   Telephone:   (415) 353-0999
5  Facsimile:    (415) 353-0990
   Email:          mwenzel@bfesf.com
6
7  Attorneys for Defendant
   COUNTY OF ALAMEDA
8

9  H. Clyde Long, State Bar No. 102148
   LONG LAW OFFICES
10 950 Risa Road, 2nd Floor
11 Lafayette, CA 94549
   Telephone:   (925) 284-5575
12 Facsimile:    (925) 284-5659
   Email:          clyde@longlawoffices.com
13
14 Attorneys for Plaintiff
   DIMOND INTERNET SERVICES LLC
15

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| DIMOND INTERNET SERVICES, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA<br><br>    Defendant. | Case No. 4:13-cv-01893-PJH<br><br>**[PROPOSED] ORDER CONTINUING DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br><br><br>**Hon. Phyllis J. Hamilton** |

---

1

[PROPOSED] ORDER CONTINUING DEFENDANT'S RESPONSIVE PLEADING DEADLINE
*Dimond Internet Services v. County of Alameda*
U.S.D.C. Northern District of CA Case No. 4:13-cv-01893-PJH

1. Plaintiff DIMOND INTERNET SERVICES LLC filed a Complaint against defendant COUNTY OF ALAMEDA on April 25, 2013, and served the Complaint May 1, 2013.

2. Defendant's responsive pleading is therefore due May 22, 2013—21 days after the Complaint was served.

3. On May 10, 2013, plaintiff filed a Motion to Relate Cases in *Net Connection, LLC, et al. v. County of Alameda* (N.D. Cal. No. C13-1467 SI) to consider whether the instant case and *Net Connection* should be deemed "related." That motion remains pending.

4. A hearing for a Temporary Restraining Order in *Net Connection* took place on April 17, 2013. To date, no decision on the Temporary Restraining Order application has been issued.

5. On May 1, 2013, defendant in *Net Connections* filed a motion to dismiss, which is scheduled to be heard on June 21, 2013.

6. Because the Temporary Restraining Order application in *Net Connections* and Motion to Relate Cases are pending, the Parties respectfully requested that the Court continue defendant's responsive pleading deadline from May 22, 2013 to June 26, 2013.

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, the Parties having stipulated to the same, the Parties' Stipulated Request To Continue Defendant's Responsive Pleading Deadline is hereby APPROVED. Defendant's responsive pleading deadline shall be continued until June 26, 2013.

DATED: May 22, 2013



Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER CONTINUING DEFENDANT'S RESPONSIVE PLEADING DEADLINE
*Dimond Internet Services v. County of Alameda*
U.S.D.C. Northern District of CA Case No. 4:13-cv-01893-PJH