Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990
Email:       mwenzel@bfesf.com

Attorneys for Defendant
COUNTY OF ALAMEDA


H. Clyde Long, State Bar No. 102148
LONG LAW OFFICES
950 Risa Road, 2nd Floor
Lafayette, CA 94549
Telephone:   (925) 284-5575
Facsimile:   (925) 284-5659
Email:       clyde@longlawoffices.com

Attorneys for Plaintiff
DIMOND INTERNET SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMOND INTERNET SERVICES, LLC, a California limited liability company,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA<br><br>         Defendant. | Case No. 4:13-cv-01893-PJH<br><br>**[PROPOSED] ORDER CONTINUING DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br><br><br><br><br>**Hon. Phyllis J. Hamilton** |

1

[PROPOSED] ORDER CONTINUING DEFENDANT'S RESPONSIVE PLEADING DEADLINE
*Dimond Internet Services v. County of Alameda*
U.S.D.C. Northern District of CA Case No. 4:13-cv-01893-PJH

1. Plaintiff DIMOND INTERNET SERVICES LLC filed a Complaint against defendant COUNTY OF ALAMEDA on April 25, 2013, and served the Complaint May 1, 2013.

2. Defendant's responsive pleading is therefore due May 22, 2013—21 days after the Complaint was served.

3. On May 10, 2013, plaintiff filed a Motion to Relate Cases in *Net Connection, LLC, et al. v. County of Alameda* (N.D. Cal. No. C13-1467 SI) to consider whether the instant case and *Net Connection* should be deemed "related." That motion remains pending.

4. A hearing for a Temporary Restraining Order in *Net Connection* took place on April 17, 2013. To date, no decision on the Temporary Restraining Order application has been issued.

5. On May 1, 2013, defendant in *Net Connections* filed a motion to dismiss, which is scheduled to be heard on June 21, 2013.

6. Because the Temporary Restraining Order application in *Net Connections* and Motion to Relate Cases are pending, the Parties respectfully requested that the Court continue defendant's responsive pleading deadline from May 22, 2013 to June 26, 2013.

### **ORDER**

GOOD CAUSE APPEARING THEREFORE, the Parties having stipulated to the same, the Parties' Stipulated Request To Continue Defendant's Responsive Pleading Deadline is hereby APPROVED. Defendant's responsive pleading deadline shall be continued until June 26, 2013.

DATED: May 22, 2013

Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2
[PROPOSED] ORDER CONTINUING DEFENDANT'S RESPONSIVE PLEADING DEADLINE
*Dimond Internet Services v. County of Alameda*
U.S.D.C. Northern District of CA Case No. 4:13-cv-01893-PJH